**FROM THE DESK OF:**

**BARRY H. OBERHOLZER JR.**
5265 Del Moreno Dr
Woodland Hills, CA, 91364
www.barrryoberholzer.me

Defendant's request to (i) sell Class F shares in X.Labs to Todd Dunphy in the amount of $300,000 and (ii) travel to NDCA, NV and FL DENIED WITHOUT PREJUDICE for reasons set forth on transcript of today's date.

SO ORDERED.

_____ 3/23/2021
USMJ

March 17, 2021

**BY EMAIL**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Lehrburger_NYSDCHambers@nysd.uscourts.gov

    Re:    *United States v. Barend Oberholzer et al.,* 1:21-mj-01949-UA

Your Honor:

    My name is Barend Oberholzer and I am a defendant in the above captioned case. As the Court is aware, the case has not yet been indicted, and I had my initial appearance before Your Honor on March 2, 2021. Pursuant to my release conditions, which were ordered by Your Honor at that time, I write to request permission from the Court to sell a portion of my ownership interest in an entity called x.labs, of which I am a majority owner. The purchaser of my interest is a current minority investor, Wireless Holdings.

    I anticipate selling some of my Class F shares to Todd Dunphy of Wireless Holdings for the sum of approximately $300,000 USD. Todd Dunphy is copied on this request. I intend to use the entirety of the proceeds from the sale of my shares to retain the law firm of Steptoe & Johnson LLP to assist me during this phase of the investigation and prosecution.

    In addition, my bail conditions limit my travel to the Southern and Central Districts of California as well as the Southern and Eastern District of New York. With the Court's permission, I respectfully request that the Court extend my travel to include the State of Texas, as well as the Northern District of California, Nevada and Florida. My company, x.labs, has a warehouse and offices in Houston, Texas and we have significant clients in the Northern District of California, Nevada and in Florida that I have plans to visit in the upcoming fiscal quarters.

    I am writing the Court directly because my appointed counsel, Mr. Martin Cohen, was appointed only for my presentment, and I otherwise have not retained counsel. This request is tied to my activities in trying to secure appropriate representation on a going forward basis.

I have spoken with my pretrial services officer, Shakira Davis, also copied hereto, and she informed me that she has no issues with my various requests above.

Please let me know if you have any questions.

Respectfully submitted,

*Barry Oberholzer*

Barend Oberholzer, Jr.

cc: Shakira Davis, Pretrial Services Officer, CDCA
    Todd Dunphy, Wireless Holdings